IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:21-cv-00293-TMR-SLO |
| ) | |
| v. ) | Judge Thomas M. Rose |
| ) | Magistrate Judge Sharon L. Ovington |
| RAFAEL A. CANIZALES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT MOTION FOR ENTRY OF JUDGMENT**

The parties, by and through their undersigned counsel, hereby move the Court to enter judgment in favor of the United States and against Rafael A. Canizales in the amount of $50,499.87, for the non-willful FBAR penalties for 2011 and 2012, plus statutory additions and interest, and penalties for late payment under 31. U.S.C. §3717(e)(2), as of October 21, 2021, until paid.  Upon entry of judgment, this case may be administratively closed.

Respectfully Submitted,

| UNITED STATES OF AMERICA | RAFAEL A. CANIZALES |
|---|---|
| /s/ Julia M. Glen | /s/ Thomas M. Green |
| JULIA M. GLEN | THOMAS M. GREEN |
| Trial Attorney, Tax Division | Green & Green, Lawyers |
| U.S. Department of Justice | 800 Performance Place |
| P.O. Box 55 – Ben Franklin Station | 109 North Main Street |
| Washington, D.C. 20044 | Dayton, Ohio 45402-1290 |
| (t) 202-514-6484 | (t) 947-224-3333 |
| (f) 202-514-5238 | (f) 937-224-4311 |
| Julia.m.glen@usdoj.gov | tmgreen@green-law.com |

## CERTIFICATE OF SERVICE

I certify that on March 8, 2022 the foregoing document was filed through the Court's CM/ECF system, electronically serving all parties.  No additional service is required.

>*/s/ Julia M. Glen*
>JULIA M. GLEN
>Trial Attorney, Tax Division
>U.S. Department of Justice