# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | Case No. 3:21-cv-293 |
| v. : | Judge Thomas M. Rose |
| RAFAEL A. CANIZALES, : | Magistrate Judge Caroline H. Gentry |
| Defendant. : | |

## ENTRY AND ORDER GRANTING JOINT MOTION FOR ENTRY OF JUDGMENT (DOC. NO. 10) AND ENTERING EXECUTED STIPULATED FINAL JUDGMENT

This case is before the Court on the parties' Joint Motion for Entry of Judgment (Doc. No. 10). The parties ask the Court to enter judgment in favor of the United States and against Rafael A. Canizales in the amount of $50,499.87, for the non-willful FBAR penalties for 2011 and 2012, plus statutory additions and interest, and penalties for late payment under 31 U.S.C. § 3717(e)(2), as of October 21, 2021, until paid. The parties attached to the motion a proposed stipulated final judgment. (Doc. No. 10-1.)

The Court **GRANTS** the Joint Motion for Entry of Judgment (Doc. No. 10) and enters an executed copy of the Stipulated Final Judgment submitted by the parties. The Court **DIRECTS** the Clerk of Court to terminate this case on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, March 9, 2022.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE