IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:21-cv-00293-TMR-CHG |
| ) | |
| v. ) | Judge Thomas M. Rose |
| ) | Magistrate Judge Caroline H. Gentry |
| RAFAEL A. CANIZALES, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED FINAL JUDGMENT

The parties in this case have stipulated to judgment regarding the cause of action in this case:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

Plaintiff, United States America is entitled to judgment against Defendant Rafael A. Canizales, in the amount of $50,499.87, plus statutory additions and interest, and penalties for late payment under 31. U.S.C. §3717(e)(2), as of October 21, 2021, until paid.

IT IS SO ORDERED, this 9th day of March, 2022.

               s/Thomas M. Rose
               Thomas M. Rose
               United States District Judge

AGREED TO:

                                                                        Respectfully Submitted.

| UNITED STATES OF AMERICA | RAFAEL A. CANIZALES |
|---|---|
| */s/ Julia M. Glen* | */s/ Thomas M. Green* |
| JULIA M. GLEN<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55 – Ben Franklin Station<br>Washington, D.C. 20044<br>(t) 202-514-6484<br>(f) 202-514-5238<br>Julia.m.glen@usdoj.gov | THOMAS M. GREEN<br>Green & Green, Lawyers<br>800 Performance Place<br>109 North Main Street<br>Dayton, Ohio 45402-1290<br>(t) 947-224-3333<br>(f) 937-224-4311<br>tmgreen@green-law.com |